In the Matter of the STATE TAX COMMISSION OF THE STATE OF NEW YORK, Appellant, against MASJOE J. ISON, Respondent.

Argued November 17, 1937; decided December 7, 1937.

*Mortimer M. Kassell* and *Stuart G. Knight* for appellant.
*Sydney A. Hellenbrand, Charles S. Corben* and *Frank Aranow* for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.